Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUMAN J. HEDDING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>URS FEDERAL TECHNICAL SERVICES, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01748-MMD-CWH<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 13th day of April, 2016.

HATFIELD AND ASSOCIATES, LTD                JACKSON LEWIS P.C.


    /s/ Trevor J. Hatfield                              /s/ Elayna J. Youchah
Trevor J. Hatfield, Bar No. 7373           Elayna J. Youchah, Bar No. 5837
703 South Eighth Street                    3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                  *Attorneys for Defendant*


## <u>ORDER</u>

IT IS SO ORDERED ___April 14_____, 2016.


_____
United States District Judge
~~United States Magistrate Judge~~